# Peoples Natural Gas Co., Appellant, *v.* Public Service Commission et al.

*Appeals—Interlocutory order—Public service company—Public Service Commission—Rates.*

1. An order of the Public Service Commission merely directing a public service company to file, post and publish, according to law, its tariff and schedule of rates covering service complained of, is an interlocutory order from which no appeal lies.

2. From a final finding and determination by the commission of the matter complained of, an appeal will lie for the correction of any wrong that may be done to the company.

Argued May 24, 1920.    Appeal, Nos. 19 and 20, by plaintiff, from judgments of Superior Court, April T., 1918, Nos. 110 and 111, affirming orders of Public Service Commission, in cases of Peoples Natural Gas Co. et al. v. Public Service Commission.    Before BROWN, C. J., STEWART, MOSCHZISKER, FRAZER, WALLING and SIMPSON, JJ.    Appeals dismissed.

Appeals from judgments of Superior Court.   See 70 Pa. Superior Ct. 446.

The Superior Court affirmed the orders of the Public Service Commission directing the Peoples Natural Gas Co. to file, post and publish their rates.   That company appealed.

*Error assigned* was the action of the Superior Court in not sustaining the assignment of error to the above order, quoting it.

*Geo. B. Gordon,* of *Gordon & Smith,* with him *Christy Payne,* for appellant.

*J. E. B. Cunningham,* with him *Tillman K. Saylor* and *Spencer G. Nauman,* for Louis Franke, intervening appellee.

*J. C. Davies* and *Francis B. Hamilton,* for Cambria Steel Co., intervening appellee, were not heard.

*John Fox Weiss* and *Berne H. Evans,* for Public Service Commission, were not heard.

PER CURIAM, June 26, 1920:

The order of the Public Service Commission, of which the Peoples Natural Gas Company complains on these appeals, is not a final one.   It merely directs the company to file, post.and publish, according to law, its tariff and schedule of rates covering the service complained of. From a final finding and determination by the commission of the matter complained of an appeal will lie for the correction of any wrong that may be done to the gas company.   These appeals are dismissed as being premature, the costs to be paid by the appellant.